UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

V.

Anthony Ivery

Criminal No: 00-10334 RWZ

ORDER AMENDING JUDGEMENT IN A CRIMINAL CASE

Pursuant to 28 U.S.C. & 2255 to Vacate Sentence, Set Aside, or Correct Sentnece by person in Federal Custody to revise judgement to reflect appropriate measures sentence previously imposed on one thru count two. 21 U.S.C. 841(a)(1).

Defendant-Petitioner, Anthony Ivery, and the United States of America, hereby move the Court pursuant to the Amendment 657, old re-committment guideline re-adjustment controlled (U.S.S.G.) substances, established penalties for cocaine drug trafficking offenses.

Effective date November,1,2003 Amendment 657, to vacate the remaining 35-months of 77-months imposed sentence of count 1 and 2 under 21 U.S.C. § 841 (A)(1) Possession with Intent to Distribute and Distribution of cocain Base in Massachusetts, April,6 and March,6, 2000.

1. Mr. Ivery was convicted on a not guilty plea (Transcript page3;17-20) of counts of Possession with Intent to Distribute and Distribution of Cocain Base, September,26,2001, in violation of 21 U.S.C. § 841 (A)(1).

2. This court sentenced Mr. Ivery to a total of 77 months sentence on the (1) 21 U.S.C. § 841 (A)(1) and count (2) 21 U.S.C. § (A)(1) an a 3 years Probation there after, with a $300.00 Special Assessment.

3.The conviction under Cocaine Drug Trafficking at the time was a result of the old guidelines

was based on the following facts.;

On or around Febuary or March on Indictment was Issued for the conviction on Mr. Ivery for 2 counts under 21 U.S.C. § 841(A)(1), for March,6, and April 6, of 2000.

4. The United States conclude that the facts of this case pertaining to Retroactive application of U.S. Sentencing guidelines Amendment concering Oxyicodene Offenses., Revised Federal Commission amendmend, due to a change in the law, which was not presence in 2000. the petitioner hereby stipulate that the appropriate relief in this case is to vacate the conviction under Cocaine, drug trafficking offense, due to a change in the law of a down departure in the sentencing guidelines to reflect a change in the presence law. the 3 year term of supervised release or to reflect three years probation of time served, revise the (judgement in a Criminal case to reflect the sentence previously imposed by this court on counts one(1) and two (2) with credit for the time that defendant has already served.

The petitioner also came to a conclusion that Mr. Ivery's 77 months sentence on the two(2) counts under 21 U.S.C. § 841 (A)(1) should reflect the down departure of time served an a three (3) year probation of time already served. 21 U.S.C. § 841(A)(1).

Wherefore, for the above stated reasons, the court should issue an order vacating Mr. Ivery's conviction under 21 U.S.C. § 841(A)(1) count one (1) and two (2) and issue a revised judgement in a criminal case re-flecting the previously imposed sentence on the remaining counts of conviction.

Retroactive application of U.S. Sentnecing Commission guidelines amendment concerning Oxyicodone; 657,U.S.S.G..

(2)

## CERTIFICATE OF SERVICE

I hereby certify served upon the office of the United States petitioner, District of Massa-chsetts, by mailed this _30_ day of _September_ 2004.

Home Address;
36 Maple Street
Boston, Ma.02121
Telephone Number
617-427-9973

Respectfully Submitted

_Anthony Ivery_
Mr. Anthony Ivery # 23351-038
Add. _Federal Correctional Institution_
_FC Box 6000_
_Glenville, WV 26351_

Case NO: 00-10334 RWZ



_____
Date