UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ANTHONY IVERY, )
      Petitioner )
 )
v. ) Civ. No. 04-12125-RWZ
 )
UNITED STATES, )
      Respondent. )

### NOTICE OF APPEARANCE

Now comes Assistant United States Attorney Cynthia W. Lie and hereby gives notice of her appearance as government counsel in the captioned matter.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Cynthia W. Lie
CYNTHIA W. LIE
Assistant U.S. Attorney
One Courthouse Way
Suite 9200
Boston, MA  02210
(617) 748-3183

November 10, 2004