UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ANTHONY IVERY
        Petitioner

                CIVIL ACTION

    V.

                NO. 04CV12125-RWZ

UNITED STATES OF AMERICA
        Respondent

ORDER OF DISMISSAL

ZOBEL, D. J.

    In accordance with the Court's Order dated 11/30/04 summarily dismissing this petition for writ of habeas corpus under 28 U.S.C. §2255, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

                      By the Court,

                      s/ Lisa A. Urso
Date: 12/1/04                Deputy Clerk

(2254dism.ord - 09/92)                [odism.]